**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Godfrey Llewellyn SPENCER,
Defendant—Appellant.**

No. 08–8083.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 26, 2009.

Godfrey Llewellyn Spencer, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Godfrey Llewellyn Spencer appeals the district court's order granting relief on his

motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). As Spencer received the relief he sought, and we find no reversible error in the granting of Spencer's motion, we affirm for the reasons stated by the district court. *United States v. Spencer*, No. 7:91–cr–00138–jct–9, 2008 WL 4200169 (W.D.Va. Sept. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*